IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MEGAN CAMBRIDGE,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 12-0370-CG-B |
| | ) |
| **MILLARD REFRIGERATED** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

    The above-styled case was transferred to this court from the U. S. District Court for the Northern District of California on June 4, 2012.  The court notes that counsel of record for the plaintiff from the law firm of Paladin Law Group, LLP have not filed for pro hac vice admission, and although local counsel, who have been admitted to the court's bar, have appeared on behalf of the defendant, the attorneys from the law firm of Lewis Brisbois Bisgaard & Smith LLP have not filed for pro hac vice admission either.

    Unless attorneys Bret Adam Stone, Brian Robert Paget, John Richard Till, Alexandra Maija Ozols and Glenn A. Friedman file motions for pro hac vice admission pursuant Local Rule 83.5 and this court's Instructions for Attorney Application for Admission to Practice **on or before August 13, 2012**, said

attorneys will be removed from the docket of this case.[1]

**DONE and ORDERED** this 12th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The Instructions for Attorney Application and Admission to Practice can be found on the Court's website at www.alsd.uscourts.gov